**McCarter & English**

**Omar A. Bareentto**
Partner

T. 973-849-4001
F. 973-297-3828

obareentto@mccarter.com

McCarter & English, LLP

Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

www.mccarter.com

August 15, 2025

**VIA ECF**

The Honorable Sharon A. King, U.S.M.J.
United States District Court
District of New Jersey
Mitchel H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, New Jersey 08101

**Re:  First National Property Management L.L.C. v. Kenneth Chapman, et al.**
    **Civil Action No. 1:23-cv-603 (ESK) (SAK)**

Dear Judge King:

Pursuant to this Court's July 15, 2025 Order, (*see* ECF No. 133), I am writing on behalf of all parties in the above-referenced action to advise the Court of the status of settlement efforts.

We are pleased to inform the Court that the parties have made significant progress towards settlement.  As such, the parties respectfully request that discovery continue to be stayed until September 1, 2025 while the parties continue to work toward the finalization of a settlement for this case.

We thank the Court for its attention to this matter.

Respectfully Submitted,

Omar A. Bareentto

cc:    All Counsel of Record (via ECF)

ME1\56994509.v1