**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| FIRST NATIONAL PROPERTY MANAGEMENT L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> KENNETH CHAPMAN, TARA CHAPMAN, RENAISSANCE EQUITY PARTNERS LLC, and CROWDVEST LLC, <br><br> Defendants. | Civil Action No. 1:23-cv-00603 (ESK) (SAK) |

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their respective counsel indicated below, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action, including all claims, counterclaims, and defenses, shall be dismissed in its entirety, with prejudice, and without the award of costs or attorneys' fees to any party in this action.

Dated: January 22, 2026

/s/ Omar A. Bareentto
Omar A. Bareentto
Gregory J. Hindy
McCarter & English, LLP
100 Mulberry Street
Four Gateway Center
Newark, New Jersey 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070


Attorneys for Plaintiff

/s/ Jacqueline Voronov
Jacqueline Voronov
Jeffrey Daitz
HALL BOOTH SMITH, P.C.
15 East Midland Avenue
Suite 3A
Paramus, New Jersey 07652
Telephone: (201) 614-6350
Facsimile: (201) 730-6254

Attorneys for Defendants