**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FIRST NATIONAL PROPERTY MANAGEMENT L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> KENNETH CHAPMAN, TARA CHAPMAN, RENAISSANCE EQUITY PARTNERS LLC, and CROWDVEST LLC, <br><br> Defendants. | Civil Action No. 1:23-cv-00603 (ESK) (SAK) <br><br> # ORDER |

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their respective counsel indicated below, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action, including all claims, counterclaims, and defenses, shall be dismissed in its entirety, with prejudice, and without the award of costs or attorneys' fees to any party in this action.

Dated: January 22, 2026

| | |
|---|---|
| */s/ Omar A. Bareentto* | */s/ Jacqueline Voronov* |
| Omar A. Bareentto | Jacqueline Voronov |
| Gregory J. Hindy | Jeffrey Daitz |
| McCarter & English, LLP | HALL BOOTH SMITH, P.C. |
| 100 Mulberry Street | 15 East Midland Avenue |
| Four Gateway Center | Suite 3A |
| Newark, New Jersey 07102 | Paramus, New Jersey 07652 |
| Telephone: (973) 622-4444 | Telephone: (201) 614-6350 |
| Facsimile: (973) 624-7070 | Facsimile: (201) 730-6254 |
| | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

**So Ordered.**

        ***/s/ Edward S. Kiel***
**Edward S. Kiel, U.S.D.J.**
**Date: January 23, 2026**